# MEMORANDA

## Of Cases Designated not to be Reported.

## CROFT LUMBER COMPANY vs. NINIAN U. BOND.

*Directors of Corporations; fiduciary relations; directors acting as purchase agents.*

Where a director of a corporation acts as its agent in purchasing real estate, and directly or indirectly, receives a share in the commissions for such sales, he is accountable to the corporation therefor.

*Decided January 17th, 1913.*

Appeal from the Circuit Court of Garrett County (HENDERSON, J.).

The cause was argued before BOYD, C. J., BRISCOE, PEARCE, BURKE, PATTISON, THOMAS. URNER and STOCKBRIDGE, JJ.

*Albert A. Doub* and *Ferdinand Williams,* with whom was *Gilmor S. Hamill* on the brief), for the appellant.

*Edwin H. Sincell* and *Harvey F. Smith* (with whom was *Frederick A. Thayer* on the brief), for the appellee.

A bill was filed against a director of a corporation, alleging that while such director and acting as its agent in the purchase of certain lands, he had received a portion of the commissions from the vendor; the bill was filed to recover the commissions, and to enjoin him from transferring certain notes, etc.; on appeal from an order dismissing the bill, it was held that sufficient evidence to sustain the bill had not been adduced.

STOCKBRIDGE, J., delivered the opinion of the Court.